# PRICE, MEESE, SHULMAN & D'ARMINIO, P.C.
## ATTORNEYS AT LAW

WWW.PRICEMEESE.COM

---

| | | |
|---|---|---|
| TICE CORPORATE CENTER | 4 WEST RED OAKLANE | 89 HEADQUARTERS PLAZA NORTH |
| 50 TICE BOULEVARD | SUITE 302 | SUITE 442 |
| SUITE 380 | WHITE PLAINS, NEW YORK 10604 | MORRISTOWN, NJ 07960 |
| WOODCLIFF LAKE, NEW JERSEY 07677 | | |
| **PHONE: 201-391-3737** | | |
| **FAX: 201-391-9360** | | |

**PLEASE RESPOND TO WOODCLIFF LAKE OFFICE**

October 25, 2022

**Via ECF**
Hon. Jesse M. Furman, U.S.D.J.
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007-1312

     Re:    *Maersk A/S v. Bopa Company LLC, et al.*
            *Civil Action No. 22-cv-6543 (JMF)*
            Our File No. 9194.028581

Dear Judge Furman:

     I represent the Plaintiff, Maersk A/S, in the above-referenced civil action, which was previously scheduled for an initial pretrial conference before your Honor on November 1, 2022. I am in receipt of your Honor's Order dated October 24, 2022 adjourning the conference *sine die* and ordering Plaintiff to file a motion for default judgment within two weeks, or by November 7.

     My informal co-counsel is in settlement *discussions* with the Defendants, who are unrepresented by counsel. The Defendants recently requested an extension of time to respond to the Complaint through November 11, to which my co-counsel consented just prior to entry of your Honor's Order, albeit advising the Defendants that the extension was subject to further Court order. Based on the foregoing, <u>Plaintiff hereby requests that its time to move for default judgment be extended to November 21</u>, which would be a two-week extension of the time stated in the October 24, 2022 Order. Thank you for your Honor's consideration of this matter.

     Very truly yours,

     **PRICE MEESE SHULMAN & D'ARMINIO, P.C.**

---

*Judge's endorsement:*

Application GRANTED. Although Defendants have not yet filed a request for an extension of time, the deadline for Defendants to respond to the Complaint is hereby extended *nunc pro tunc* to November 11, 2022. Should Defendants not retain counsel and respond by that time, Plaintiff shall file any motion for default judgment by November 21, 2022. Plaintiff shall, no later than October 27, 2022, electronically serve a copy of this Order on Defendants and file proof of such service. The Clerk of Court is directed to terminate ECF No. 14. SO ORDERED.

October 25, 2022

/s/ Rick A. Steinberg

Rick A. Steinberg

RAS/ras