PRICE MEESE SHULMAN & D'ARMINIO, P.C.
50 Tice Boulevard, Suite 380
Woodcliff Lake, NJ 07677
Tel. (201) 391-3737
Fax (201) 391-9360
Rick A. Steinberg, Esq.
rsteinberg@pricemeese.com

Attorneys for Plaintiff,
MAERSK A/S trading as Sealand Americas

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MAERSK A/S trading as Sealand Americas, | Civil Action No. 22-6543 |
| Plaintiff, | |
| vs. | |
| BOPA COMPANY LLC and OSMAN ARELLANO, | ~~ORDER~~ ~~FOR~~ **DEFAULT JUDGMENT** |
| Defendants. | |

  This action having been commenced on August 2, 2022 by the filing of the Summons and Complaint, and a copy of the summons and complaint having been personally served on the defendants, Bopa Company LLC and Osman Arellano ("Defendants"), on September 27, 2022 by personally serving Osman Arellano, and a proof of service having been filed on October 19, 2022, and Defendants having failed to file an Answer to the Complaint, it is.

  ORDERED, ADJUDGED AND DECREED: That the plaintiff have entry of default and default judgment against defendants, Bopa Company LLC and Osman Arellano, jointly and severally, in the liquidated amount of $33,467.00 plus costs and disbursements of this action in the amount of $754.50 ($402 for the Complaint filing fee plus $352.50 service of process fees) plus pre-judgment interest in the amount of $6,022.25 (9% interest annually or $8.25 per diem x

730 days from November 20, 2020 to November 20, 2022), amounting to a subtotal of $40,243.75, plus attorney fees in the amount of $7,028.07 (21% of $33,467.00), for a total judgment amount of $47,271.82 and that execution issue thereon.

Dated: New York, New York
December 20, 2022

The Clerk of Court is directed to terminate ECF No. 18 and to close the case.

_____
U.S.D.J.

SO ORDERED.

~~This document was entered on the docket on _____.~~

TO:
Bopa Company LLC
Osman Arellano
1173 Avent Drive
Apartment 102
Fort Mill, SC 29708